**FILED**

September 12, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>            Plaintiff,                        )<br>v.                                                      )<br>                                                           )<br>DARRELL SAICOCIE,                     )<br>                                                           )<br>            Defendant.                     ) | Case No. MAG. 08-0317-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DARRELL SAICOCIE, Case No. MAG. 08-0317-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

\_\_\_   Bail Posted in the Sum of: $

   \_\_\_   Unsecured Appearance Bond

   \_\_\_   Appearance Bond with Surety

   _X_   (Other) <u>Conditions as previously stated on the record.</u>

   \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09/12/08  at 3:10 pm

By _____
Edmund F. Brennan
United States Magistrate Judge